# RECEIVED

MAY 0 6 2026

Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

SCANNED at LSP and Emailed
5/6/26 by JM . 18 pages
date      initials    No.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Eugene Lamond Guidry

#388376
Inmate (DOC) Number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Tim Hooper, William Rosso, Tyrenni T. Berry
D. Brown, John Bel Edwards, James M. Lablanc
John Doe And John Doe

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes two copies of a complaint form and copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in Part III of the complaint

**exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If the pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO,DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.  Previous Lawsuits

    A) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (  ) No (  )

    B) If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    D) Parties to this previous lawsuit
        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

    E) Court (if federal court, name the district; if state court, name the parish)

        _____

        _____

    F) Docket number:_____

    G) Name of Judge to whom case was assigned:_____

        _____

    H) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):_____

        _____

    I) Date of filing lawsuit:_____
    J) Date of disposition:_____

C) Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( ) No ( )

If your answer is yes, list the civil action numbers and disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: <u>Louisiana State Penitentiary</u>
A) Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B) Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )
C) If your answer is Yes:
  1. Identify the administrative grievance procedure number(s) in which the claims were raised in this complaint were addressed. <u>CASE NUMBER:</u>
  <u>LSP-2023-1803</u>

  2. What steps did you take? <u>First Step And Second Step</u>

  3. What was the result? <u>First Step Was Denied And Second Step Was Denied</u>

D) If your answer is No, explain why not:_____

_____

C) Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ( ) No ( )

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g. frivolity malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A.)    Name of institution and address of current place of confinement: <u>Louisiana State Penitentiary Angola, Louisiana 70712</u>

B)    Is there a prison grievance procedure in this institution?

Yes (✓) No ( )

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes (✓) No ( )
If Yes, what is the Administrative Remedy Procedure number? LSP-2023-1803

2. If you did not file an administrative grievance, explain why you have not done so.
_____
_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 2 of the administrative grievance procedure by appealing to the Secretary of the Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the Warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?) First Step And Second Step Was Both Denied
_____
_____
_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A) Name of Plaintiff(s) Eugene Lamond Guidry
Address: Louisiana State Penitentiary Angola, La. 70712

B) Defendant Tim Hooper _____ is employed as
Warden _____ at Louisiana State Penitentiary

C) Additional Defendants: Tyrenni T. Berry Is Employed As Captain At Louisiana State Penitentiary, D. Brown Is Employed As Master Sargent At Louisiana State Penitentiary, John Doe Is Employed As Luitenant At Louisiana State Penitentiary And John Doe Is Employed As Captain At Louisiana State Penitentiary William Rosso Is Employed As Assistant Warden III At Louisiana State Penitentiary

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is

involved. Include also the names of other persons involved, dates, and places. **Do not include any legal arguments or cite any cases or statutes**. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) State the FACTS of your case. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. You are NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS._____

Fundamental I Was Recieving My Canteen Order From Master Sargent D. Brown "Around" 10:00 Am December 5, 2023 Cell Block A "Lower Right Tier Cell # 8 At Louisiana State Penitentiary Main Prison Cell Blocks" While Recieving My Order I Said To Another Prisoner That He Can Send His Best Girl And She Can Suck My Penis: And Master Sargent D. Brown Said "You Do Not Care That I Am Standing Right Here" And I Said "No I Do Not" (Master Sargent D. Brown Was Offended By My Answer And Stop Passing Me My Order And Went And Come back With Captain Tyrenni T, Berry, John Doe Luitenant And John Doe Captain... John Doe Luitenant Said "What You Say To That Woman" And I Answered By Turning To Master Sargent Brown And Said "Tell Him What I Said... Then John Doe Lt "Said Suck Your Dick And Started Spraying Me With Chemical Agent In My Face And I Turned Away And He Kept Spraying Into My Cell "Spraying Me In My Back... Afterwords I Was Blinded By The Chemical Agent And Heard The Officers Yelling Come To The Bars And Be Restrained... And I Made My Way To The Bars And Was Restrained... "The Officers Ordered My Cell Door To Be Opened... "I Couldn't See I Can Only Hear At The Time After Being Sprayed... The Officers Grabbed Me One To My Left And One To My Right "And Roughly Physically Handled My Body" From My Cell At The CBA Cell Blocks To The Shower Area At The CBD Cell Blocks... "Where I Took A Shower And Was Escorted Back To My Cell "Without Any Officer Caring For My Medical Needs And Without Any Officer Reporting To Other Officers That I Medical Needs After Being Sprayed And Physially Abused

## V.  Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Grant Me Financial Relief Because Of The Facts Of The Incident(s) And Any Compensation This Honorable Court Deem Reasonable...

## VI.  Plaintiff's Declaration

   A) I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

   B) I understand that I may not proceed without prepayment of costs if I have filed three

lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this  6ᵗʰ  day of  May  , 2026 .

_#388376_

Prisoner No. (Louisiana Department of
Corrections or Federal Bureau of Prisons

_Eugene Lamond Brudry_

Signature of Plaintiff