Date: Wednesday May 6, 2026

Page 1          Page 1 of 2

Amend Information: Line 10 In And OF Louisiana Department OF Public Safety And Corrections Disciplinary Report; Description OF Incident (Include All Relevant Information - "Unusual OFFender Behavior, StaFF Witnesses, Physical Evidence And Disposition, Immediate Action Including "Use OF Force"; Use Other Side, IF Necessary)

Fundamental Fact(s)

1) Reporting Employee: Msgt D. Brown "Do Not Mention Use OF Force In Her Report

2) Reporting Employee: Msgt D. Brown "Do Not Mention Four OFFicers In Her Report (Multiple OFFicers) And

3) Reporting Employee: Msgt D. Brown "Do Not Mention PlaintiFF: Eugene Lamond Guidry #388376 Has A Medical Need In Her Report

4) Reporting Employee: Msgt. D. Brown (In Conclusion: Report Is (Plain And Void) Absent OF: The Truth, Relevant Information, StaFF Witnesses, Physical Evidence, Use OF Force And Disposition As Follows: On The Above Date And Approx. Time I Msgt D. Brown Was Passing Canteen On CBA LR Tier When I Observed OFFender #388376 E. Guidry Yelling Out OF His Cell Saying "Suck My Penis" Then I Informed The OFFender That He Should Lower His Voice And Stop Being Disrespectful. OFFender #388376 Then Stated To Me "I Don't Give A Fuck What You Don't Want To Hear." Capt Berry Was Informed OF This Incident And The OFFender Was Written Up On A #3 And #5. This Concludes My Statement.

Page 2                Page 2 of 2

Amend Information:

(1.) I Did Not Say I Don't Give A Fuck What You Don't Want To Hear - While The Reporting Employee: Msgt D. Brown Was In Front My Cell At Any Time!!

Inconclusion:

(2.) The Reporting Employee: Msgt D Brown (Fundamental Is Liable) Wherein She Did Not Follow Line 10 Guidelines In And Of Louisiana Department Of Public Safety And Corrections Disciplinary Report; Therefore She Failed To Implement Safety Measures To Ensure The Plaintiff: Eugene Lamond Guidry #388376 Safety And Constitutional Rights Were Protected On Tuesday December 5, 2023.... As A Result The Plaintiff: Eugene Lamond Guidry Are Mentally Bruised And Suffer From Mental Stress And Anxiety Ongoing Today."... Having No Financial Relief To Help Bare The Mental Bruises That Started Since Tuesday December 5, 2023...."Regardeth That Incident"!!

This Is The Amended Information With "Fatal Attachments" I Provide Regardeth The United States District Court Middle District Of Louisiana "Magistrate Judge Erin Wilder-Doomes Order In Case Name: Eugene Lamond Guidry #388376 Versus Tim Hooper (Civil Action No. 25-384-SDD-EWD) To Me To Amend Signed On March 30, 2026, In Baton Rouge, Louisiana By: Magistrate Judge Erin Wilder-Doomes

Beginning:

On Tuesday December 5, 2023 Around 10:00 Am I Was Recieving Canteen At My Cell #8 On Lower Right Tier At The CBA Cell Block From Msgt D Brown The Female Officer That Report In The: Louisiana Department Of Public Safety And Corrections Disciplinary Report Under Line 10 As The Reporting Officer

Pg 1

She Asked Me Did I Care That She Was Standing There... Because I Said To Another Prisoner Locked Down, "You Can Send Your Best Girl And She Can Suck My Penis... I Said No I Do Not To Her And She Stop Providing Me Canteen And She Left And Came Back With Three More Officers Besides Herself... A Lt. Will, A Capt. Will, And A Capt Tyrenni T. Berry One Of The Male Officers A Lt. Will Said To Me "What You Say To That Woman And I Looked To Msgt D. Brown And Said Tell What I Said To You... Lt. Will Started Spraying Me In My Face With Chemical Agent At That Point "Afterwards Officers Were Yelling For Me To Come To The Bars And Be Restrained, I Was Blinded By The Chemical Agent" But I Managed To Make It Back To The Bars And Get Restrained, My Cell Door Was Opened And Lt. Will And Capt. Will The Other Male Officer Roughly Handled Me From My Cell To The CBD Cell Block Shower Area... Pg 2

While Msgt D. Brown And A Female Capt By The Name Of Tyrenni T. Berry Stood by And Watched The Excessive Force Used Against Me And Did Nothing To Stop It Nor Did They Report It... Later After 12-5-2023 The Administration And Supervisory Warden's Tim Hooper And William Rosso Had To Look At The Camaras Regardeth My A.R.P Complaint Against Them To Know They Failed To Intervene And Excessive Force Was Used Against Me And To Know They Was Deliberate Indifference To A Serious Medical Need Of I Eugene Lamond Guidry #388376 On 12-5-2023

Pg 3

Supervisory Warden(s) Tim Hooper And William Rosso And The Four Security Officers That Came To My Cell...

Was All Well Aware OF (Louisiana Department OF Public Safety And Corrections Disciplinary Report) Line 10.

Line 10 In And OF Louisiana Department OF Public Safety And Corrections Disciplinary Report (Advise And Instruct): Description OF Incident (Include All Relevant Information - "Unusual Offender Behavior, Staff Witnesses, Physical Evidence And Disposition, Immediate Action Including Use OF Force"; Use Other Side, If Necessary)

Pg 4

The Supervisory Warden(s) Tim Hooper And William Rosso Along With The Other Supervisory Officers: Lt Will, Capt Will Msgt D. Brown And The Female Capt. Tyrenni T. Berry ("All Are Liable") And Failed To Implement Safety Measures That Ensured My Safety And Constitutional Rights Were Protected

Pg 5

Eugene Lamond Guidry #388376

See... Fatal Attachments

## Prayer

Plaintiff: Eugene Lamond Guidry # 388376  Prays That This Honorable Court Do Not Agree With The Reporting Employee: Msgt. D Brown Report; And Rather Recognize The Fact(s) OF The December 5, 2023 (Tuesday) Incident(s) And The Plantiff's Medical Needs Therein And Grant Plantiff Relief...

Sincerly, Eugene Lamond Guidry

Date: Wednesday May 6, 2026