LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2023 -1803

TO:  <u>EUGENE GUIDRY 388376</u>          <u>CBA L/R</u>
      Offender's Name and Number          Living Quarters


<u>12/05/2023</u>
Date of Incident

X          ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
          issued within 40 days of this date.

          REJECTED:  Your request has been  rejected for the following reason(s):


<u>      12/11/2023      </u>                    <u>      Nyesha Davis      </u>
          Date                              Warden's Signature or Designee

CASE NUMBER: LSP-2023-1803

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>GUIDRY, EUGENE 388376</u>                 CBA L/R
                                                                          Living Quarters

Response to request dated , received in this office on 12/07/2023

Your request for administrative review of your ARP #LSP-2023-1803 has been received. You state that multiple officers sprayed mace in your face and used use of force on you.

In response to your Request for Administrative Remedy, per institutional records, on 12/5/23 you refused all orders given to submit to being restrained to gain compliance. Chemical agent was used on you and you were removed from the cell and escorted to CBD to shower and given a clean jumpsuit.

You have not provided sufficient evidence to substantiate your claim. Therefore, your Request for Administrative Remedy has been denied at this level.

Prepared by: _____

William Rosso, AWIII

Approved by: _____

6/4/2024
——————————————————
            Date

——————————————————
            Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____
_____

_____          _____
            Date                                        Offender's Signature    DOC#

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES

### CASE NUMBER: LSP-2023-1803

### SECOND STEP RESPONSE FORM
### (HEADQUARTERS)

TO: <u>GUIDRY, EUGENE    388376</u>                    <u>LSP</u>
     Offender Name and Number                      Living Unit

Received in this Office on 06/11/2024:

Your request for an Administrative review of ARP# LSP-2023-1866 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

After reviewing the documentation forwarded by LSP staff, it was found that these documents did not support your allegations.  Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by staff.  You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise.  This office concurs with staff's findings on this matter.  As such, no further investigation or administrative intervention is warranted.

Your request for Administrative Remedy is denied.

_____              _____
           Date                                                Secretary's Signature or His Designee

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

1. Name of Offender: Eugene Guidry    2. Number: #388376    3. Date of Incident: 12/5/23    4. Time of Incident: Apr. 10 am

5. Place of Incident: CBA LR    6. Job Assignment (Offender): na    7. Housing Assignment (Offender): CBA LR #8

8. Rule Violated: Defiene, Aggrivated disobediene    9. Rule Number: #3, #5

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approx. time I Msgt D.Brown was passing canteen on CBA LR tier when I observed offender #388376 E.Guidry yelling out of his cell saying "suck my penis!" Then I informed the offender that he should lower his voice and stop being disrespectful. Offender #388376 then stated to me "I don't give a fuck what you don't want to hear" Capt. Berry was informed of this incident and the offender was written up on a #3 and #5. This concludes my statement.

11. Offender Placed in Adm. Seg.    ☐ Yes    ☑ No

12. Signature of reporting employee: D.Brown    13. Name, Title, Assignment (Print): D.Brown, MSgt. DB

14. Date of Report: 12/5/23    15. Time of Report: 10:30 am    16. Report (copy) given to above Offender by: DB    17. Offender's Signature: refused

18. Plea by Offender: ☑ Not Guilty  ☐ Guilty    19. Verdict: ☐ Not Guilty  ☐ Guilty

20. Date of Hearing: 12-7-23    21. Counsel Substitute: DOC# 380970

22. Motions: Defer Chrgs and prepare defense

23. Reasons for Disposition:

☐ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.

☐ The officer's version is determined to be more credible than the offender's.    ☐ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.    ☐ The offender presented no evidence to refute the charges.

☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.    ☐ Plea bargain.

☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.

☐ Other

24. Reasons for Sentence:

☐ Seriousness of offense.    ☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violation(s). A total of 6 Schedule B violations since 12-7-22.

A total of 2 # 3 rule violations since 12-7-22
2   5                    12-7-22

☐ Other

25. Sentence:    Suspended ☐ _____ Days    Imposed ☐

26. Sentence:    Suspended ☐ _____ Days    Imposed ☐

27. DISCIPLINARY BOARD:
Cost maybe imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER